UNITED STATES DISTRICT COURT
DISTRICT OF

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | No. 21-MJ-4092 |
| ) | |
| CHRISTOPHER DOZIER | |

    I, Joshua A. McLeod, do hereby make oath before the Honorable David H. Hennessy, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one CHRISTOPHER DOZIER, issued by the United States District Court for the Middle District of Florida on or about Jun 18, 2020, following his indictment for Interference With Commerce by Threats Or Violence in violation of Title 18, United States Code, Section 1951 and .with Brandishing a Firearm in violation of Title 18, United States Code, Section 924(c)(l)(A)(ii).

    As such, I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above and in the warrant. A copy of said warrant is attached.

*Joshua A. McLeod*

Joshua A. McLeod
Special Agent, F.B.I.

Sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on March __23__, 2021:

*David H. Hennessy*
Hon. David H. Hennessy
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED U.S. MARSHALS
M/FL JACKSONVILLE

2020 JUN 18 AM 10:22

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:20-cr-84-J-34JRK |
| CHRISTOPHER DOZIER | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),* Christopher Dozier

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Hobbs Act robbery, in violation of 18 U.S.C. § 1951(a), (b); possession of a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(i)

Date: 6/18/20

City and state: Jacksonville, FL

*Issuing officer's signature*

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*